IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00213-M-BM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ACHONTAY MALIK COTTEN,

    Defendant.

ORDER

This matter comes before the court on the parties' Joint Motion for Entry of Consent Order for Restitution [DE 59]. For good cause shown, the motion is GRANTED as follows:

In Defendant's plea agreement, Defendant agreed to pay immediately any restitution ordered by the court. Pursuant to 18 U.S.C. § 3664, and in accordance with the terms of that plea agreement, the parties have agreed and stipulated that Defendant owes $4,246 in restitution, which shall be due and payable immediately to the following victims in the following amounts:

| **Victim** | **Restitution Award** |
|---|---|
| Dollar General | $3,396 |
| Franklin County Sheriff's Office | $850 |
| Total | $4,246 |

The parties have agreed that any payment plan established by the court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law. Moreover, the parties have agreed that interest should be waived.

Based on the consent of the parties, IT IS ORDERED that Defendant shall pay $4,246 in restitution, without interest, as set forth above. Restitution shall be due and payable in full immediately. The restitution hearing scheduled for January 7, 2026, is VACATED. The Clerk is DIRECTED to prepare an amended judgment to reflect the restitution award.

SO ORDERED this __6th__ day of January, 2026.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE